UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     MAGISTRATE NO.:   20-16152

                        :

    V.                          :     CRIMINAL ACTION

                        :

                        :     ORDER OF RELEASE

    __John Kaltsas__               :


       The Court orders the defendant, __John Kaltsas__, is ordered released on a personal recognizance bond with the following bail conditions:


(X) Reporting, as directed, to U.S. Pretrial Services;

(X) The defendant shall appear at all future court proceedings;

(X) Submit to drug testing and/or treatment, as deemed necessary;

( ) Mental health testing and/or treatment, as deemed necessary;

( ) Other:


__/s/ John Kaltsas__                                          __10/26/2020__

DEFENDANT                                             DATE


       It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.


ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE


__10/26/20__
DATE